The People of the State of Illinois, Plaintiff-Appellee, *v.* Henry
Welch, Defendant-Appellant.

(No. 59897; )

First District (1st Division)—October 21, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.